UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Michele Petteys

Debtor(s).

Case No. 14-10447
Chapter 13

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:

4 Buttercup Drive
Albany, New York 12211

| b. Name and address of Creditor: | Name, address, and telephone number of Creditor's attorney: |
|---|---|
| Capital Communications FCU
18 Computer Drive East
Albany, New York 12205

Has Creditor filed a proof of claim?
☑ Yes  ☐ No | Carter Conboy
20 Corporate Woods Boulevard
Albany, NY 12211
(518) 465-3484 |
| c. Name and address of Additional Creditor:




Has Additional Creditor filed a proof of claim?
☐ Yes  ☐ No | Name, address, and telephone number of Additional Creditor's attorney: |

1

## PART II — LOSS MITIGATION PROGRAM

a. On ____June 18____, 20_14_, a Loss Mitigation Request was filed by:

    ☒ Debtor(s).          ☐ Other party: _____

    ☐ Creditor.           ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

    ☒ A Loss Mitigation Order was entered on ____July 9____, 20_14_.

    ☒ The Loss Mitigation Order was served on ____July 9____, 20_14_.

c. At this time, the Debtor(s) is/are:

    ☒ making on-going post-petition monthly mortgage payments in the amount of $ _1,235_.

    ☐ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

    ☒ Yes  ☐ No

e. Creditor served a Request for Information and Documents on ____July 11____, 20_14_.

   Debtor(s) served a Response to the Creditor's Request on ____July 31____, 20_14_.

    ☒ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

    _____

    _____

f. Additional Creditor served a Request for Information and Documents on _____, 20____.

   Debtor(s) served a Response to the Additional Creditor's Request on _____, 20____.

    ☒ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

    _____

    _____

g. Debtor(s) served a Request for Information and Documents on _____, 20____.

   Creditor served a Response to the Debtor(s)' Request on _____, 20____.

   Additional Creditor served a Response to the Debtor(s)' Request on _____, 20____.

    ☐ All Information and Documents have been produced.

    ☐ The following Information and Documents are still outstanding:

    _____

h. The Loss Mitigation Parties have participated in  2  Loss Mitigation Session(s) and:

    ☒ A resolution has been reached.

    ☐ A resolution has not been reached because:

    The Debtor has completed the six (6) month trial modification and awaits decision on permanent loan modification.

i. Prior Loss Mitigation Status Report (if applicable):

    A Prior Loss Mitigation Status Report was submitted on  September 5 , 20 14 .

    A Prior Loss Mitigation Status Report was submitted on  _____ , 20 ___ .

    A Prior Loss Mitigation Status Report was submitted on  _____ , 20 ___ .

j. The Loss Mitigation Period is scheduled to terminate on  February 27 , 20 15 .

k. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____

**PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY**

_____

_____

_____

Dated: January 26, 2015

Name George N. Chickes
Firm Richard Croak & Associates, LLC
Attorney(s) for Debtor(s)/Creditor
Address 314 Great Oaks Blvd., Albany, NY 12203
Telephone Number (518) 690-4410
Email Address George@richardcroak.com
N.D.N.Y. Bar Roll Identification No. 601966

3