UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Michele Petteys

Debtor(s).

Case No. 14-10447
Chapter 13

## LOSS MITIGATION PROGRAM FINAL REPORT

I, _____George N. Cholakis_____, certify that:

1. A Loss Mitigation Order was entered on _____July 9_____, 20_14_.

2. The Loss Mitigation Parties have completed all requirements pursuant to the Loss Mitigation Program Procedures.

3. A resolution has been reached as follows:

    ☐ Loan modification request granted.

    ☐ Loan modification request denied.

    ☐ Loss Mitigation was terminated due to Debtor(s)' voluntary dismissal of the case.

    ☐ Loss Mitigation was terminated because the case was involuntarily dismissed.

    ☒ Loss Mitigation was terminated for the following reason(s): Debtor completed trial loan modification, but did not wish to proceed with a final loan modification.

    ☐ Other (please describe): _____

Dated: March 18, 2015

Signature /s/ George N. Cholakis
Firm  Richard Croak & Associates, LLC
Attorney(s) for  ☒ Debtor(s)    ☐ Creditor
Address  314 Great Oaks Blvd., Albany, NY 12203
Telephone Number (518) 690-4410
Email Address  George@richardcroak.com
N.D.N.Y. Bar Roll Identification No. 601966

LM:12(06/12/2013)